IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STEPHANIE LOWE,

      Plaintiff,

v.                             No.:  2:14-cv-00775-KG-SMV

BNSF RAILWAY COMPANY,
(DELAWARE corporation),

      Defendant.

## ORDER GRANTING EXTENSION OF TIME
## RE:  BNSF'S ORTHOPEDIC MEDICAL EXPERT

THIS MATTER having come before the Court on BNSF's Unopposed for Extension of

Time Re: BNSF's Orthopedic Medical Expert [Doc No. 51] and the Court having considered the

Motion and being advised that it is unopposed, hereby enters its Order granting the Motion as

follows:

1.     BNSF shall be allowed up to and including May 13, 2015 to timely disclose an

orthopedic medical expert in accordance with Fed.R.Civ.P. 26.

2.     BNSF's remaining experts shall be timely disclosed on or before May 1, 2015.


_____

HONORABLE STEPHAN M. VIDMAR

APPROVED BY:


ATKINSON, THAL & BAKER, P.C.

*/s/ Justin D. Rodriguez*
John S. Thal
Justin D. Rodriguez
201 Third Street NW, Suite 1850
Albuquerque, NM  87102
Tel (505) 764-8111
Fax (505) 764-8374
*Attorneys for Defendant BNSF Railway Company*


HUNEGS, LeNEAVE & KVAS


***Approval rec'd via email 04/27/2015 at 11:52 a.m.***
Thomas Flaskamp
1000 Twelve Oaks Center Drive, Suite 101
Wayzata, MN  55391
(612) 339-4511
*Attorney for Plaintiff*