IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STEPHANIE LOWE,

    Plaintiff,

v.                                                           No. 14-cv-0775 KG/SMV

BNSF RAILWAY COMPANY,

    Defendant.

## ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO DETERMINE THE SUFFICIENCY OF PLAINTIFF'S RESPONSES TO DEFENDANT'S FIRST SET OF REQUESTS FOR ADMISSION

THIS MATTER is before the Court on Defendant BNSF Railway Company's Motion to Determine the Sufficiency of Plaintiff's Responses to BNSF's First Set of Requests for Admission [Doc. 67], filed on July 6, 2015.  Plaintiff responded on August 4, 2015.  [Doc. 80]. Defendant filed no reply.  *See* [Doc. 97].  The Court heard oral argument on September 3, 2015. For the reasons stated on the record at the hearing, the Court will grant in part and deny in part the Motion.  Plaintiff is ordered to supplement her answers to Request for Admission numbers 14, 16, 26, 37, 39, 44, 47, and 50 no later than **September 11, 2015**.  No supplement is required for Plaintiff's answers to Request for Admission numbers 1, 4, 6, 7, 10, 15, 17, 21, 22, 24, 25, 28, 29, 30, 31, 32, 48,[1] and 49.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Defendant BNSF Railway Company's Motion to Determine the Sufficiency of Plaintiff's Responses to

---

[1] However, Plaintiff will be required to supplement her answer to Request for Admission number 48 by September 11, 2015, if the condition discussed at the hearing is met.

BNSF's First Set of Requests for Admission [Doc. 67] is **GRANTED IN PART and DENIED IN PART**. Each party will bear its own costs and fees.

    **IT IS SO ORDERED.**

                                                                              _____
                                                                              **STEPHAN M. VIDMAR**
                                                                              **United States Magistrate Judge**