IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**STEPHANIE LOWE,**

    **Plaintiff,**

**v.**                                                     No. 14-cv-0775 KG/SMV

**BNSF RAILWAY COMPANY,**

    **Defendant.**

### ORDER COMPELLING PLAINTIFF TO PRODUCE CERTAIN INFORMATION REGARDING "DR. MARTIN"

THIS MATTER is before the Court on Defendant BNSF Railway Company's Motion to Dismiss, or, in the Alternative, for Sanctions for Plaintiff's Willful and Bad Faith Discovery Violations [Doc. 68], filed on July 6, 2015. Plaintiff responded on August 4, 2015. [Doc. 86]. Defendant replied on August 18, 2015. [Doc. 93]. The Court heard oral argument on September 3, 2015. At this time, the Court reserves final ruling on the Motion in order to give due consideration to the matter. However, the Court will order Plaintiff to provide certain information to Defendant.

**IT IS THEREFORE ORDERED** that Plaintiff, through her attorney, provide to Defendant any and all information that she has, or is able to obtain through reasonable inquiry and diligence, regarding how "Dr. Martin"[1] and "Dr. Martin's" office may be contacted, no later than **September 11, 2015**.

---

[1] *See* [Doc. 68-10] at 5 (medical record referencing treatment with "Dr. Martin").

**IT IS FURTHER ORDERED** that if Defendant obtains any records from "Dr. Martin" or "Dr. Martin's" office that pertain to Plaintiff, copies shall be forwarded to Plaintiff's counsel and to the Court[2] within five days of Defendant's receipt of such records.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[2] Any such records shall be submitted via electronic mail to vidmarchambers@nmcourt.fed.us.